# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00429-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. NICHOLAS SORASAVONG,

    Defendant.

## MINUTE ORDER[1]

    A Notice of Disposition has been filed with the court on September 4, 2009. On **September 14, 2009**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: September 8, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.